JAMES D. BOYLE, ESQ. (NBN 08384)
jboyle@nevadafirm.com
JESSICA M. LUJAN (NBN 14913)
jlujan@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308

BRIAN N. PLATT (*pro hac vice*)
bplatt@wnlaw.com
COLLIN D. HANSEN (*pro hac vice*)
chansen@wnlaw.com
WORKMAN NYDEGGER
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Ruby Mountain Heli-Ski Guides, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUBY MOUNTAIN HELI-SKI GUIDES, INC.,<br><br>Plaintiff,<br>v.<br><br>SLEDNV, INC., KYLE WIEBEN, and JASON MURCHISON<br><br>Defendants. | Case No.: 2:23-CV-01068-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE AND TO PLAINTIFF'S RESPONE TO DEFENDANT MURCHISON'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Nev. LR IA 6-1, Plaintiff Ruby Mountain Heli-Ski Guides, Inc. ("Plaintiff") and Defendant Jason Murchison ("Murchison") hereby stipulate that (1) Murchison's deadline to respond to Plaintiff's Opposition to Murchison's Motion to Dismiss (ECF No. 23), filed on October 25, 2023, is extended to and including November 16, 2023 and (2) Murchison's deadline to respond to

- 1 -

Plaintiff's Motion to Strike Murchison's Motion to Dismiss (ECF No. 22), filed on October 25, 2023, is extended to and including November 16, 2023.

Plaintiff served Murchison via electronic mail with copies of these pleadings on October 31, 2023. Murchison did not receive prior notice of filing for ECF Nos. 22 or 23 because Murchison is a *pro se* defendant who is not registered with this Court's electronic case filing system. There have been no previous extensions for these deadlines or for any other deadlines in the above-captioned matter. These extensions will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED November 6, 2023.

Respectfully submitted,

By: /s/ *Jason Murchison (pro se)*

Jason Murchison (*pro se*)
992 Fairlawn Dr
Spring Creek, NV 89815
714-313-4577
jasonmurch@gmail.com

Respectfully submitted,

By: /s/ *James. D. Boyle*

JAMES D. BOYLE, ESQ. (NBN 08384)
JESSICA M. LUJAN, ESQ. (NBN 14913)
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

BRIAN N. PLATT, ESQ. (*pro hac vice*)
COLLIN D. HANSEN, ESQ. (*pro hac vice*)
WORKMAN NYDEGGER PC
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800

*Attorneys for Plaintiff Ruby Mountain Heli-Ski Guides, Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 25]** and good cause appearing, IT IS HEREBY ORDERED that Murchison's deadlines to file a reply in support of the motion to dismiss [ECF No. 20] and to respond to plaintiff's motion to strike [ECF No. 22] are extended to November 16, 2023.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 8, 2023