DICKINSON WRIGHT PLLC
Steven A. Caloiaro
Nevada Bar No. 12344
Email: SCaloiaro@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel:   775-343-7500
Fax:   844-670-6009

*Attorneys for Defendant Jason Murchison*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RUBY MOUNTAIN HELI-SKI GUIDES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SLEDNV, INC, KYLE WIEBEN, and JASON MURCHISON,<br><br>Defendants. | Case No.: 2:23-cv-01068-JAD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFAULT AGAINST JASON MURCHISON AND EXTEND TIME FOR MURCHISON TO RESPOND TO COMPLAINT**<br><br>**FIRST REQUEST** |

Defendant Jason Murchison ("Mr. Murchison"), by and through his attorneys of record, and Plaintiff Ruby Mountain Heli-Ski Guides, Inc. ("Ruby Mountain"), by and through its attorneys of record, hereby stipulate and agree as follows:

1. On July 11, 2023, Ruby Mountain filed its Complaint against Mr. Murchison. (ECF No. 1).

2. On February 5, 2024, the Clerk entered a Default against Mr. Murchison (ECF No. 44, the "Default") following a Motion for Entry of Clerk's Default by Ruby Mountain (ECF No. 43).

3. On February 5, 2024, Mr. Murchison, appearing pro se, filed an Answer to Complaint and Counterclaim (ECF No. 45) and Response to Amended Motion for Entry of Clerk's Default (ECF No. 46).

4. Mr. Murchison is now presently represented by Steven A. Caloiaro of Dickinson Wright PLLC.

5. Ruby Mountain and Mr. Murchison stipulate and agree that the Clerk's entry of Default should be set aside to permit Mr. Murchison time to respond to the Complaint on its merits.

6. Ruby Mountain and Mr. Murchison further stipulate and agree that Mr. Murchison's Answer to Complaint and Counterclaim (ECF No. 45) and Response to Amended Motion for Entry of Clerk's Default (ECF No. 46) should be stricken from the record.

7. Ruby Mountain and Mr. Murchison further stipulate and agree that Mr. Murchison's response to the Complaint shall be submitted within ten (10) days of entry of an Order setting aside the Default.

8. This is the parties' first request for an extension of time for Mr. Murchison to respond to the Complaint, and the extension is warranted as Mr. Murchison has now retained counsel and the parties desire to minimize unnecessary motion practice.

DATED this 12th day of' February, 2024.

/s/ *Steven A. Caloiaro*
DICKINSON WRIGHT PLLC
Steven A. Caloiaro, SBN 12344
Email: SCaloiaro@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel: 775-343-7500

*Attorneys for Defendant Jason Murchison*

/s/ *Brian N. Platt*
HOLLEY DRIGGS
James D. Boyle, SBN 8384
Email: jboyle@nevadafirm.com
Jessica M. Lujan, SBN 14913
Email: jlujan@nevadafirm.com
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel: 702-791-0308

WORKMAN NYDEGGER
Brian N. Platt (*pro hac vice*)
Email: bplatt@wnlaw.com
Collin D. Hansen (*pro hac vice*)
Email: chansen@wnlaw.com
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Tel: 801-533-9800

*Attorneys for Plaintiff Ruby Mountain Heli-Ski Guides, Inc.*

/ / /

**ORDER**

The Court, having reviewed the Stipulation, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Default of Mr. Murchison (ECF No. 44) is hereby set aside;

2. Mr. Murchison's Answer to Complaint and Counterclaim (ECF No. 45) and Response to Amended Motion for Entry of Clerk's Default (ECF No. 46) are hereby stricken from the record; and

3. Mr. Murchison shall file his response to the Complaint within ten (10) days of entry of this Order.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 2/13/2024