UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ruby Mountain Heli-Ski Guides, Inc., <br><br> Plaintiff, <br><br> v. <br><br> SledNV, Inc.; Kyle Wieben; and Jason Murchison, <br><br> Defendants. <br><br> And related counterclaims and third party claims. | Case No. 2:23-cv-01068-JAD-DJA <br><br> **Order** |

Jason Murchison's counsel—Steven A Caloiaro, Esq. of the law firm Dickinson Wright PLLC—have moved to withdraw their representation of Murchison, explaining that counsel and Murchison have a disagreement regarding this case. (ECF No. 56). They further explain that the case in the early stages, the parties have not yet stipulated to a discovery plan and scheduling order, and that Murchison has indicated that he is in the process of retaining new counsel. (*Id.*).

Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b). The Court finds that counsel has met the requirements of LR IA 11-6(b).

///

///

///

**IT IS THEREFORE ORDERED** that Steven A Caloiaro, Esq.'s motion to withdraw (ECF No. 56) is **granted**.  The Clerk of Court is kindly directed to remove Steven A Caloiaro, Esq. as counsel of record and from the electronic service list for this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address and email address of Murchison to the civil docket and send a copy of this Order to Murchison's last known address:

Jason Murchison

992 Fairlawn Dr.

Spring Creek, NV 89815

jasonmurch@gmail.com

DATED: May 2, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE