# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Ruby Mountain Heli-Ski Guides, Inc., | Case No.: 2:23-cv-01068-JAD-DJA |
|     Plaintiff | |
| v. | |
| SledNV, Inc., Kyle Wieben, and Jason Murchison, | **Order Transferring Case to the Unofficial Northern Division** |
|     Defendants | |
| And all other claims and parties | |

Plaintiff Ruby Mountain Heli-Ski Guides, Inc. initiated this lawsuit over the defendants' use of a photograph taken on one of its helicopter tours through the Ruby Mountains. Defendant Jason Murchison's recent answer has alerted this court to the fact that all of the events leading to this lawsuit occurred in Elko County.[1]

This district has two unofficial divisions: the southern division, which presides over cases arising in Clark, Esmeralda, Lincoln, and Nye counties; and the northern division, which presides over cases from the remaining counties.[2] Under Local Rule IA 1-8(a), civil actions "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."[3] Because this action arose in the northern division's Elko County, **the Clerk of Court is directed to transfer and reopen this matter as a new action under a new docket**

---

[1] *See* ECF No. 49 at 9 (Murchison's and Ruby Mountain Heli-Ski's addresses are both in Elko County); *see also* ECF No. 1 at ¶¶ 15–16 (identifying all parties as residing in Elko County); ¶¶ 17–18 (alleging that the at-issue photograph was taken in Seitz Canyon in the Ruby Mountains, which is located in Elko County).

[2] L.R. IA 1-6.

[3] L.R. IA 1-8(a).

**number in the northern division**, and close this docket number without prejudice to the parties regarding any limitation period and filing fee.

_____
U.S. District Judge Jennifer A. Dorsey
May 13, 2024